## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

GREGORY SMITH,               :   No. 30 EM 2016

        Petitioner         :

        v.                   :

SHEILA A. WOODS-SKIPPER,     :

        Respondent       :

## ORDER

**PER CURIAM**

    **AND .NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.